**JOSH M REID**
City Attorney
Nevada Bar No. 7497
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorney for Defendant
HENDERSON FIRE DEPARTMENT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER STEWART, deceased; MELINDA VEREEN-MCDUFFIE, Appointed Special Administrator of the Estate of Christopher Stewart; MARIA STEWART; ALEXANDER VIRAY; PAUL VIRAY; CHRISTINA MARIE SMITH; CHRISTOPHER JAMES STEWART,<br><br>Plaintiffs,<br><br>v.<br><br>HENDERSON FIRE DEPARTMENT; GREGORY TRUAX, D.O.; and DJORDJE V. HRISTIC, MD.,<br><br>Defendants. | UNITED STATES DISTRICT COURT CASE NO.: 2:17-cv-02876<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT TO CORRECT NAMES OF PARTIES** |

COME NOW, Plaintiffs Christopher Stewart; Melinda Vereen-McDuffie; Maria Stewart; Alexander Viray; Paul Viray; Christina Maria Smith and Christopher James Stewart, by and through their attorneys Leslie M. Stovall, Esq. and Ross H. Moynihan, Esq. of STOVALL & ASSOCIATES; Defendant Gregory Truax, D.O., by and through his attorneys Robert C. McBride, Esq. and Gerald L. Tan, Esq. of CARROLL, KELLY, TROTTER, FRANZEN, MCKENNA & PEABODY; Defendant Djordje V. Hristic, MD, by

1

and through his attorneys Kim I. Mandelbaum, Esq. and Marie Ellerton, Esq. of MANDELBAUM, ELLERTON & ASSOCIATES; and Defendant Henderson Fire Department, by and through its attorneys Nancy D. Savage, Assistant City Attorney and Josh M. Reid, City Attorney for the CITY OF HENDERSON, and hereby stipulate and agree to the following:

1. The Henderson Fire Department is not a legal entity and was incorrectly named as a Defendant in the Plaintiffs' Complaint in the above-entitled action instead of the City of Henderson which is the correct name of the party.

2. Plaintiffs will file an Amended Complaint for the sole purpose of making the following changes and corrections: substituting "City of Henderson" as the correct name of the Defendant in the place and stead of the Henderson Fire Department and to correctly spell Defendant Gregory Truax D.O.'s name in the Complaint's caption, instead of "Traux"; No other amendments to Plaintiffs' Complaint will be made. This stipulation is entered for the sole purpose of making such corrections and is not a waiver of any rights that defendants may have to seek remand in the future.

3. Plaintiffs' Amended Complaint will be filed within seven (7) days of entry of the court's order upon this stipulation.

4. The caption and the court's docket shall be amended to reflect the "City of Henderson" as the named defendant and to remove "Henderson Fire Department" as a party and to reflect the correct spelling of defendant's name as Gregory Truax D.O.

5. The Defendant City of Henderson's response to the Plaintiffs' Amended Complaint will be due within seven (7) days after it is filed, with any holidays not to be included in the calculation of "days."

///

2

6. Defendants Gregory Truax, D.O. and Djordje V. Hristic, M.D. previously filed Answers to Plaintiffs' Complaint and such Answers will be deemed to be responsive to Plaintiff's Amended Complaint.

Dated this 30th day of November, 2017.

| STOVALL & ASSOCIATES | MANDELBAUM, ELLERTON & ASSOCIATES |
|---|---|
| By: /s/ (signature) 11/28/17<br>Leslie Mark Stovall, Esq.<br>Nevada Bar No. 2566<br>Ross H. Moynihan, Esq.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiffs | By: /s/ Kim Irene Mandelbaum<br>Kim Irene Mandelbaum, Esq.<br>Nevada Bar No. 318<br>Marie Ellerton, Esq.<br>Nevada Bar No. 4581<br>2012 Hamilton Lane<br>Las Vegas, Nevada 89106<br>Attorneys for Defendant<br>Djordje V. Hrstic, M.D. |
| CITY OF HENDERSON | CARROLL, KELLY, TROTTER, FRANZEN, McKENNA & PEABODY |
| By: /s/ Nancy D. Savage<br>Josh M. Reid, Esq.<br>Nevada Bar No. 7497<br>Nancy D. Savage, Esq.<br>Nevada Bar No. 392<br>240 Water Street, MSC 144<br>Henderson, Nevada 89015<br>Attorneys for Defendant<br>Henderson Fire Department | By: /s/ Robert C. McBride<br>Robert C. McBride, Esq.<br>Nevada Bar No. 7082<br>Gerald L. Tan, Esq.<br>Nevada Bar No. 13596<br>8329 W. Sunset Road, Suite 260<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant<br>Gregory Truax, D.O. |

IT IS SO ORDERED.

DATED December 1, 2017.

_____
United States Magistrate Judge

3