# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christopher Stewart, deceased; Melinda Vereen-McDuffie, Appointed Special Administrator of the Estate of Christopher Stewart; Maria Stewart; Alexander Viray; Christina Marie Smith; Christopher James Stewart,

Plaintiffs

v.

City of Henderson; Gregory Truax, D.O., and Djordje V. Hristic, M.D.,

Defendants

Case No.: 2:17-cv-02876-JAD-NJK

Order Granting Motion to Remand

[ECF No. 12]

Defendant Djordje Hristic, M.D. moves to remand this case back to Nevada State Court, arguing primarily that the failure to obtain unanimous consent of all served defendants renders the removal defective under 28 U.S.C. § 1446.[1] No party has opposed the motion. Indeed, co-defendant City of Henderson acknowledges that its removal without Hristic's agreement justifies remand, and the plaintiffs have also indicated their non-opposition to the remand request.[2]

Accordingly, with good cause appearing and no opposition, IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 12] is GRANTED**. This case is remanded back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-17-762544-C, Department 26. The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 4th day of January, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12.

[2] ECF Nos. 17, 18.